UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| HANNAH MUNGAMURI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:23-cv-00387-SEP |
| | ) |
| CITY OF BRENTWOOD, et al., | ) |
| | ) |
| Defendants. | ) |

### MEMORANDUM AND ORDER

Before the Court is Plaintiff Hannah Mungamuri's Pro se Motion for USMS Service. Doc. [3].  For the reasons set forth below, the motion is denied.

### BACKGROUND

Plaintiff filed this case on March 28, 2023.  In her complaint, she claims that her "human rights were violated" and that Defendants denied her "emergency medical care." Doc. [1] at 5.  The docket reflects that Plaintiff paid in full the $402 filing fee.  Doc. [1].  She now "requests a court order to have the [United States Marshals Service] . . . serve the Defendants in this case."  Doc. [3].

### DISCUSSION

Because Plaintiff paid the full filing fee, neither the Court nor the United Sates Marshals Service performs service of process.  Plaintiff is responsible for serving Defendants pursuant to Rule 4 of the Federal Rules of Civil Procedure.  Listed below are two options for service of process.  Plaintiff must follow one of the two below options for effecting service:

**Option I:** Plaintiff must serve Defendants with summonses.  To do so, she must submit to the Court for each of these defendants:  i) a file-stamped copy of her complaint; ii) two (2) completed summons forms (AO Form 440); and iii) two (2) completed "Notice of Intent to Use Private Process Server" forms.  The "Notice of Intent to Use Private Process Server" form must include the name and address of the process server who effectuate service upon Defendants. Plaintiff must complete those forms and return them to the Clerk's Office.  Once Plaintiff submits those forms, the Clerk's Office will sign and seal her summonses and return them to her.

1

The summonses must then be served upon Defendants by a private process server, and return of service must be filed with the Court.

**Option II:**  Plaintiff has the option of electing to serve Defendants with the "Waiver of Service" form pursuant to Federal Rule of Civil Procedure 4(d).  If Plaintiff uses this option, she must fill out two (2) "Waiver of Service" forms and send them, along with a copy of the complaint and a self-addressed and stamped envelope, to Defendants.  If Plaintiff chooses to serve Defendants by waiver, she should file a notice with the Court informing the Court of that intention.  Additionally, after Defendants sign one copy of the waiver and return it to Plaintiff, Plaintiff should file her copy of the signed waiver with the Court.  If Defendants choose not to waive service, Plaintiff must use a private process server as described above in Option I.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff shall cause service to be effected upon Defendants **no later than June 26, 2023**.  If Plaintiff fails to serve Defendants in a timely manner, the Court will dismiss this case pursuant to Federal Rule of Civil Procedure 4(m).

**IT IS FURTHER ORDERED** that the Clerk of Court shall forward to Plaintiff with a copy of this Order:  i) a file-stamped copy of the complaint; ii) two (2) summons forms; iii) a "Notice of Intent to Use Private Process Server" form; and iv) two (2) "Waiver of Service" forms.

Dated this 28th day of April, 2023.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE